

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2022

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Elliot Smerling*, 21 Cr. 317 (DLC)

Dear Judge Cote:

    The Government respectfully submits this letter motion on behalf of the parties to request that a change-of-plea conference be scheduled. The parties are available on February 8, 2022, between 10:00 a.m. and noon.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _____/s/_____
    Jilan J. Kamal/Timothy Capozzi
    Assistant United States Attorneys
    (212) 637-2192/2404

cc:    Counsel of Record (by ECF)