

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2022

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    ***United States v. Elliot Smerling*, 21 Cr. 317 (DLC)**

Dear Judge Cote:

      The Government respectfully submits this letter motion on behalf of the parties to request that a change-of-plea conference be scheduled. The parties are available on February 8, 2022, between 10:00 a.m. and noon.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:          s/
      Jilan J. Kamal/Timothy Capozzi
      Assistant United States Attorneys
      (212) 637-2192/2404

*[Handwritten note: The conference will occur on 2/8/22 at 11:00 am in Courtroom 18B. /s/ Denise Cote 1/24/22]*

cc:      Counsel of Record (by ECF)