```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        21cr317 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
ELLIOT SMERLING,                         :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    The Clerk of Court having a received a notice of appeal from the defendant that is addressed to the Federal Circuit, it is hereby

    ORDERED that the Clerk of Court shall docket the defendant's Notice of Appeal under his criminal action in this Court.

    IT IS FURTHER ORDERED that the Clerk of Court shall transmit this Order and the notice of appeal to the Second Circuit for further processing.

    SO ORDERED:

Dated:    New York, New York
            June 8, 2022

                                                      DENISE COTE
                                       United States District Judge