United States District Court

Southern District of New York

**Elliot Smerling,**

   **Petitioner**

**Vs.**                                             Case No: 21 CR 317 (DLC)

**United States of America,**

   **Respondent**

### Correction of Clerical Errors

   A motion was filed by the Petitioner, Elliot Smerling, Pro Se, on November 15, 2023 pursuant to Amendment 821, which was passed by the United States Sentencing Commission on August 24, 2023. There was one more small clerical error made which have now been corrected.

   On page 5, number 9, my recidivism risk level was "-1" not 1", which is minimal.

   Thanking you in advance for your cooperation.

Sincerely yours,

*[signature]* 11/29/23
Elliot Smerling

#31881-509

## Certificate of Service

I hereby certify that a true copy was my motion was sent to the following parties by United States Mail Service on November 29, 2023.

Damian Williams

United States Attorney for the

Southern District of New York

1 Saint Andrews Plaza

New York, New York 10007

Respectively submitted,

*[signature]*

Elliot Smerling

#31881-509



FROM:
Elliot Smerling
#31881-509
Miami Federal Prison Camp
P.O. Box 779800
Miami, FL 33177

TO:
United States District Court
Southern District of New York
500 Pearl Street
New York, New York
10007-1312

Crim B.C

DEC 03 2023
CLERK'S OFFICE
S.D.N.Y.