United States District Court

For the Southern District of New York

Case No. 21-Cr-00317

Elliot Smerling,

  Petitioner

v.

United States of America,

  Respondent

## Letter of Inquiry

    The Petitioner, Elliot Smerling, as a pro-se litigant, files this letter of inquiry in regard to the filing his 821 Amendment reduction pursuant to Amendment 821 of the United States Sentencing Commission in regard to the above referenced case number. This motion was filed with the court on November 28, 2023, DE 73.

    I know you are very busy, but just doing a follow up as to the status since it has been over sixty (60) days and I have received no response from the Government as to their determination of my request for a sentence reduction.

    Thanks again for your time and consideration.

Sincerely yours,

*[signature]* 2/17/24

Eliot Smerling

#31881-509

USPS Priority Mail Express label

From:
Elliot Smerling
#31881-509
FCI Miami Camp
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177

To:
Federal District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

PO ZIP Code: 33197
Date Accepted: 2/26/24
Time Accepted: 1:14 PM
Weight: 2 oz
Scheduled Delivery Date: 2/21/24
Scheduled Delivery Time: 3:00 PM
Postage: $30.45
Total Postage & Fees: $30.45
Acceptance Employee Initials: L.D.

Stamp: CLERK, SDNY, FEB 27 2024, RECEIVED

R2305H131021-03
10007
$30.45