AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>ELLIOT SMERLING | )<br>)<br>)  Case No:  S1 21-CR-00317-01 (DLC)<br>)  USM No:  31881-509<br>) |
| Date of Original Judgment:           05/13/2022<br>Date of Previous Amended Judgment:  06/01/2022<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Guy Lewis                                      AUSA Jilan Kimal<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/01/2022   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/22/24

Effective Date: _____
*(if different from order date)*

*Judge's signature*

Denise Cote, U.S. District Judge
*Printed name and title*