United States District Court

Southern District of New York

Case No. S1 21-CR-00317-01 (DLC)

**Elliot Smerling,**

**Appellant**

**v.**

**United States of America,**

**Appellee**

_____/



### Notice of Appeal

  The Appellant is timely filing a notice of appeal of the Order denying his Motion for Reduction pursuant to Amendment 821 of the United States Sentencing Commission. This motion was denied by U.S. District Judge Denise Cole on March 22, 2024, DE 83.

  The appeal will be filed in the United States Court of Appeals for the Second Circuit.

  Thank you for your time and consideration.

Sincerely Yours,

*[signature]* 3-25-24

Elliot Smerling

#31881-509



Elliot Smerling

#31881-509

FCI Miami -Camp

P.O. Box 779800

Miami, Florida 33177

United States District

Southern District of New York

500 Pearl Street

New York, NY 10007